# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JENNIFER MOSCHETTI, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:23-cv-389–HEH
)
NIXON PEABODY, LLP, )
)
    Defendant. )

## ORDER
### (Granting Defendant's Motion to Dismiss)

THIS MATTER is before the Court on Defendant Nixon Peabody, LLC's ("Defendant") Motion to Dismiss (ECF No. 10), filed on July 21, 2023. For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is GRANTED. Plaintiff Jennifer Moschetti's Complaint (ECF No. 1) is hereby DISMISSED WITH PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                             /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: May 29, 2024
Richmond, Virginia